UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v.-

FOREVER COLLECTIBLES, INC.,

                Defendant.

20 Civ. 6786 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The initial pretrial conference scheduled for October 27, 2020, is hereby adjourned *sine die* because Defendant has neither appeared nor filed an answer. Within 60 days from the date of this Order, Plaintiff shall initiate default proceedings or submit a letter explaining why such a process is not appropriate at that time.

    SO ORDERED.

Dated:    October 21, 2020
              New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge